```
1  MICHAEL L. SWAIN (133260)
   ROSS I. LANDAU (259260)
2  SWAIN & DIPOLITO LLP
   555 East Ocean Boulevard, Suite 600
3  Long Beach, California 90802
   Telephone:  (562) 983-7833
4  Facsimile:  (562) 983-7835
   E-mail: mswain@swaindipolito.com
5          rlandau@swaindipolito.com

6  Attorneys for Defendants,
   OCEAN NETWORK EXPRESS PTE. LTD.
7  OCEAN NETWORK EXPRESS (NORTH AMERICA) INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, a corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>OCEAN NETWORK EXPRESS PTE. LTD., a foreign corporation; OCEAN NETWORK EXPRESS (NORTH AMERICA) INC., a corporation; GENERAL MERCHANDISE CONSOLIDATORS, INC., a corporation; and DOE ONE through FIFTEEN,<br><br>        Defendants. | Case No. 4:22-cv-5231<br><br>NOTICE OF REMOVAL OF CIVIL ACTION |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1337, 1441(a) and 1446, defendant Ocean Network Express Pte. Ltd. ("ONE"), hereby seeks to remove the above-entitled action from state court to the United States District Court, Northern District of California, on the following grounds:

Notice of Removal of Civil Action

1. The above-entitled action was filed August 25, 2022, in the Superior Court of the State of California, County of Alameda, bearing Case No. 22CV016858. There have been no proceedings in the case since that date.

2. On or about August 30, 2022, defendant Ocean Network Express (North America), Inc., was served with a copy of the Summons and Complaint in this matter and defendant ONE received a copy of the Summons and Complaint, and ONE was thereby notified for the first time that this action was pending.

3. Ocean Network Express (North America), Inc., ONE's U.S. agent, joins in this Notice of Removal, if and to the extent its joinder is required. To ONE's knowledge, no other defendants have been served.

4. This action is civil in nature and is brought by the plaintiffs to recover damages for cargo damage alleged to have occurred in transit from Kaoshuing, Taiwan, to New York, New York, in November, 2021, as a result of ONE's alleged breach of the applicable ocean bill of lading contract of carriage.

5. The plaintiff alleges that ONE agreed to carry the cargo pursuant to ONE bill of lading no. ONEYTPEBA4751400 from Kaoshuing, Taiwan, to New York, New York, and that the cargo damage was proximately caused by ONE's acts or omissions. The Complaint states a cause of action arising under the Carriage of Goods by Sea Act, 46 U.S.C. §30701, Note. To recover from

Notice of Removal of Civil Action

defendants, plaintiff must prove that the alleged loss or damage to the cargo occurred while the cargo was in the custody of ONE, an ocean carrier whose duties and responsibilities are governed by the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. §30701, and the Harter Act, 46 U.S.C. §§ 190 et seq. Both Acts are statutes enacted by Congress to regulate commerce.

6.   Accordingly, the district courts of the United States have original jurisdiction of this civil action pursuant to 28 U.S.C. §§ 1331 and 1337 in that this action arises under the laws of the United States and, more specifically, under Acts of Congress regulating commerce, and 28 U.S.C. §1333, because the plaintiff has sued for breach of a maritime contract of carriage which falls within the admiralty and maritime jurisdiction of this Court.

7.   This case is removable by ONE pursuant to 28 U.S.C. § 1441(a), and the thirty-day time period established by 28 U.S.C. § 1446(b) within which ONE is required to file this Notice of Removal has not yet expired.

8.   ONE further files herewith true and correct copies of the Summons, Complaint, and all other process, pleadings, and orders received by it in the state court action. (Attached as Exhibit "A"). Concurrent with the filing of this notice, defendant has also filed a Notice of Removal of Case to Federal Court in the Superior Court of California, County of Alameda (Exhibit "B").

1  ONE, therefore, requests that the captioned action pending
2  in the Superior Court of the State of California, County of
3  Alameda, be removed to this United States District Court,
4  Northern District of California, for the reasons stated above,
5  and that all proceedings in the Superior Court of California be
6  discontinued.

8  DATED: September 13, 2022          SWAIN & DIPOLITO LLP

10                                    By: _____
                                          MICHAEL L. SWAIN
11                                        Attorneys of Record for
                                          Defendants, OCEAN NETWORK
12                                        EXPRESS PTE. LTD. and OCEAN
                                          NETWORK EXPRESS (NORTH
13                                        AMERICA) INC.

**DECLARATION OF SERVICE**

I, the undersigned, certify and declare as follows:

I am employed in the County of Los Angeles, State of California and am over the age of eighteen and not a party to this action. My business address is 555 East Ocean Boulevard, Suite 600, Long Beach, California 90802.

On September 13, 2022, I served the foregoing *NOTICE OF REMOVAL OF CIVIL ACTION* as follows:

[ ]  by personal delivery of a true copy thereof to:

[√]  by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Long Beach, California, addressed as follows:

> Joshua E. Kirsch, Esq.
> GIBSON ROBB & LINDH LLP
> 1255 Powell Street
> Emeryville, CA 94608

[ ]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[√]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 13, 2022, in Long Beach, California.

*Victoria Mathis*
Victoria Mathis